# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

|  |  |  |
|---|---|---|
| KENNETH JAMES JONES, ex rel. United States of America, | ) ) ) ) | |
| Plaintiff-Appellant, | ) ) ) | |
| PRISCILLA PITT JONES, Ed.D., ex rel. United States of America; and UNITED STATES, ex rel. Kenneth James Jones, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 13-1973 |
| MASSACHUSETTS GENERAL HOSPITAL; MARILYN ALBERT, Ph.D.; RONALD J. KILLIANY, Ph.D.; and BRIGHAM & WOMEN'S HOSPITAL, | ) ) ) ) ) | |
| Defendants-Appellees, | ) ) ) | |
| HARVARD MEDICAL SCHOOL; HARVARD UNIVERSITY; and MARIE KIJEWSKI, Sc.D., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## APPELLEES' ASSENTED MOTION TO
## ENLARGE TIME TO FILE BRIEF

Defendants-appellees, Massachusetts General Hospital, Marilyn Albert, Ronald Killiany, and Brigham & Women's Hospital, hereby move to enlarge the time for filing their brief by 30 days, until May 7, 2014. In support of their motion, the defendants-appellees state that:

1. Dr. Jones' attorney, Jeremy L. Friedman, assented to this request on March 25, 2014.

2. The defendants-appellees have not previously sought an enlargement of the briefing schedule.

1

3. The Court previously granted two extensions for Dr. Jones to file his brief.

4. The additional time is necessary to study the extensive record that the 11-day jury trial created, and to respond thoroughly to the arguments that Dr. Jones raises in his brief.

Therefore, the defendants-appellees respectfully request the Court to enlarge the time to file their brief.

Respectfully submitted,

Massachusetts General Hospital;
Marilyn Albert, Ph.D.;
Ronald J. Killiany, Ph.D.; and
Brigham & Women's Hospital,

By their attorneys,

/s/ Alan D. Rose
Alan D. Rose (CAB #29639)
Brian D. Lipkin (CAB #1159011)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, MA  02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
bdl@rose-law.net

Date:  March 27, 2014

## CERTIFICATE OF SERVICE

I certify that on March 27, 2014, I served this document by filing it through the ECF system.

/s/ Brian D. Lipkin

2