## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

|  |  |  |
|---|---|---|
| KENNETH JAMES JONES, ex rel. United States of America, | ) ) ) ) | |
| Plaintiff-Appellant, | ) ) ) | |
| PRISCILLA PITT JONES, Ed.D., ex rel. United States of America; and UNITED STATES, ex rel. Kenneth James Jones, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 13-1973 |
| MASSACHUSETTS GENERAL HOSPITAL; MARILYN ALBERT, Ph.D.; RONALD J. KILLIANY, Ph.D.; and BRIGHAM & WOMEN'S HOSPITAL, | ) ) ) ) ) | |
| Defendants-Appellees, | ) ) | |
| HARVARD MEDICAL SCHOOL; HARVARD UNIVERSITY; and MARIE KIJEWSKI, Sc.D., | ) ) ) ) | |
| Defendants. | ) ) | |

### APPELLEES' ASSENTED MOTION TO
### ENLARGE TIME TO FILE BRIEF

Defendants-appellees, Massachusetts General Hospital, Marilyn Albert, Ronald Killiany, and Brigham & Women's Hospital, hereby move to enlarge the time for filing their brief by nine days, until May 16, 2014. In support of their motion, the defendants-appellees state that:

1. Dr. Jones' attorney, Jeremy L. Friedman, assented to this request on May 1, 2014.

2. The defendants-appellees previously obtained a 30-day enlargement of the briefing schedule.

1

3. The Court previously granted two extensions for Dr. Jones to file his brief.

4. The additional time is necessary to finish preparation of the defendants-appellees' brief.

Therefore, the defendants-appellees respectfully request the Court to enlarge the time to file their brief.

Respectfully submitted,

Massachusetts General Hospital;
Marilyn Albert, Ph.D.;
Ronald J. Killiany, Ph.D.; and
Brigham & Women's Hospital,

By their attorneys,

/s/ Brian D. Lipkin
Alan D. Rose (CAB #29639)
Brian D. Lipkin (CAB #1159011)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, MA  02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
bdl@rose-law.net

Date:  May 2, 2014

## CERTIFICATE OF SERVICE

I certify that on May 2, 2014, I served this document by filing it through the ECF system.

/s/ Brian D. Lipkin