# United States Court of Appeals
## For the First Circuit

No. 13-1973

KENNETH JAMES JONES, ex rel United States of America

Plaintiff - Appellant

PRISCILLA PITT JONES, Ed.D, ex rel United States of America;
UNITED STATES, ex rel Kenneth James Jones

Plaintiffs

v.

MASSACHUSETTS GENERAL HOSPITAL; MARILYN ALBERT, PH.D;
RONALD J. KILLIANY, PH.D; BRIGHAM & WOMEN'S HOSPITAL

Defendants - Appellees

HARVARD MEDICAL SCHOOL; HARVARD UNIVERSITY; MARIE F.
KIJEWSKI, SC.D

Defendants

**ORDER OF COURT**

Entered: May 6, 2014
Pursuant to 1st Cir. R. 27.0(d)

Appellees' May 2, 2014 motion for a nine-day extension of time to file their brief does not adequately state the grounds upon which the request is based. See Fed. R. App. P. 27(a)(2)(A). The court does not grant extensions of time as a matter of course, but only for good cause shown. See Fed. R. App. P. 26(b). The request for extension of time is therefore denied without prejudice to renewal upon a showing of good cause.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David J. Apfel
David K Colapinto
Jeremy Loren Friedman
William D. Hughes
Michael D. Kohn
Brian D. Lipkin
Harvey Nosowitz
Alan D. Rose Sr.
Laurie J Weinstein